# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Daniel J. Mashburn
_____

Plaintiff

v.

Tarrant County College District
_____

Defendant

????
_____

Civil Action No.

## COMPLAINT

I am looking to file a case against Tarrant County College District, but I am being severely handicapped by a perceived disability. In January 2018, I was a tutor and an adjunct professor of astronomy at Tarrant County College Northeast Campus. On the first day of class, I came out as a Muslim and dressed in an Islamic fashion with long sleeves, long pants, a cap, and a face scarf. A scarf is common among Muslim women and men; it is not dangerous.

I said that Allah is my God, and the Quran says the sun and moon move according to His law. I said to me Allah is All Law, the laws of Newton, Einstein, Kepler and Copernicus. I did NOT force them to follow my religion, to read the Quran, or to pray. I did NOT have a weapon or make any threats. A few students with Islamophobia called campus security on me. I identified myself as a Muslim and a professor, and I even showed photo ID. The security frisked me, then dismissed the class. I told them to stay and two did. Those two had no fear of me, as I was not threatening, just Muslim! There was nothing unprofessional about my behavior; I was simply suspended for practicing my religion.

The school later fired me, and the state interned and drugged me. The drugs left me drooling, and clouded my vision and mind. I was forced to flee the state. After getting onto other meds, I reapplied in December of 2019 and January of 2020. Of course, they rejected the application citing the previous incident, but that renewed the statute of limitations, so I filed against them with the EEOC. They issued my NRTS on 4/20, and set a 90-day time limit.

The situation is complicated by the fact that back in Tennessee the persecution continued. In November, I was thrown out of my home for again "claiming" to be Muslim. I was then interned, tortured, and forced drugs. To make the torture stop, I had to accept my mother as my "conservator". She took my savings and my new job. Please, help me get my career and my life back.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 7/11/21 |
| Signature | Daniel J. Mashburn |
| Print Name | Daniel J. Mashburn |
| Address | 251 Co Rd 545 |
| City, State, Zip | Englewood, TN 37329 |
| Telephone | 423-507-3650 |